UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOYCE SIMMONS,<br><br>      Plaintiff,<br><br>v.<br><br>W. Z. JENKINS, II, et al.,<br><br>      Defendants. | Case No. 18-cv-04099-VKD<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL**<br><br>Re: Dkt. Nos. 18, 19 |

Joyce Marie Simmons, a federal prisoner, filed the instant *pro se* civil rights action which the Court construed as a *Bivens* action. Dkt. No. 13. The Court dismissed certain claims and ordered the cognizable claims served on defendants. *Id.* On January 4 and 8, 2019, Ms. Simmons filed letters stating that the issues in the complaint have been resolved, and requesting that the case be dismissed. Dkt. Nos. 18, 19.

A plaintiff may voluntarily dismiss her complaint with or without order of this Court. *See* Fed. R. Civ. P. 41(a)(1)(A), (a)(2). Because no opposing party has yet been served, Ms. Simmons's letter requesting dismissal is construed as a "notice of dismissal," which requires no order from the Court. *See* Fed. R. Civ. P. 41(a)(1)(A)(I). The motion is GRANTED, and this action is DISMISSED. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: January 15, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge